6

AO 455(Rev. 5/85) Waiver of Indictment

FILED

MAR 1 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

ORIGINAL

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JOSE ARMANDO PEREZ-PADUA

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR0741-JM

I, JOSE ARMANDO PEREZ-PADUA , the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3/13/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X JOSE ARMANDO

JOSE ARMANDO PEREZ-PADUA
Defendant

[signature]

JOHN FIELDING
Counsel for Defendant

Before [signature]
JUDICIAL OFFICER